Martin F. Casey (MFC -1415)
**CASEY & BARNETT, LLC**
317 Madison Avenue, 21st Floor
New York, New York 10017
(212) 286-0225
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CERTAIN UNDERWRITERS AT LLOYDS etc.

        Plaintiff,

   - against -

AIR CHINA CARGO

        Defendant.
------------------------------------------------------------X

08 Civ.

**FRCP RULE 7.1**
**DISCLOSURE STATEMENT**

NOW comes plaintiff, CERTAIN UNDERWRITERS AT LLOYDS, and submits in duplicate its Disclosure Statement pursuant to F.R.Civ.P., Rule 7.1:

CERTAIN UNDERWRITERS AT LLOYDS are privately owned companies with no publicly traded parents, affiliates and/or subsidiaries.

Dated: New York, New York
       February 12, 2008

                CASEY & BARNETT, LLC
                Attorneys for Plaintiff

      By: _____
                Martin F. Casey (MFC-1415)
                317 Madison Avenue, 21st Floor
                New York, New York 10017
                (212) 286-0225