```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
Certain Underwriters at Lloyds
as subrogor of Wuhan High-Tech
Optoelectronic Devices Co. Ltd.

                Plaintiff,
                                            08 Civ. 1553(RWS)
        vs.
                                               O R D E R
Air China Cargo.

                Defendant.
                                   X
```

**Sweet, D.J.,**

    For failure to prosecute, this action is hereby dismissed without prejudice. Plaintiff is given an additional thirty(30) days to show cause why the case should be reopened.

    It is so ordered.

New York, NY
July 9, 2008

ROBERT W. SWEET
U.S.D.J.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/10/08